UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 2:03-CR-27 |
| V. | ) | (GREER/INMAN) |
| | ) | |
| | ) | |
| | ) | |
| CRAIG ROBERT LODGE | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING

This matter came before the undersigned for an initial appearance on a Petition

for Warrant for Offender Under Supervision on September 18, 2006.  Gregg Weddle,

Assistant United States Attorney, was present representing the government, and the

defendant was not represented by counsel at this time.  The defendant was present.

Upon motion of the government, and pursuant to 18 U.S.C. § 3583 and FRCrP

32.1(6), the defendant shall be detained pending a detention hearing, preliminary hearing,

and a revocation hearing.  The defendant understands he will remain in custody pending

these hearings.

The defendant shall appear before the **Honorable Ronnie Greer ,** United

States District Judge, for a revocation hearing on **October 2, 2006**, at **1:30 p.m.**  The

defendant shall also appear before the undersigned for a preliminary and detention hearing

on **September 21, 2006,** at **9:45 a.m.**  The defendant shall be held in custody by the United

States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED**.

ENTER:


   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge